IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MITCHELL LEWIS, and SHANNETTE LEWIS,<br><br>        Plaintiffs,<br><br>   vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>        Defendant. | 8:23CV373<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal of with Prejudice (Filing No. 31). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs and attorneys' fees.

Dated this 28th day of October, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge